RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Lisa Ann Dulay

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-00697-BNW |
| Plaintiff, | **STIPULATION TO CLOSE CASE** |
| v. | |
| LISA ANN DULAY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Rachel Kent, Special Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Lisa Ann Dulay, that the case be closed.

This Stipulation is entered into for the following reasons:

1. On August 12, 2020, Ms. Dulay was charged in a two-count Complaint with (1) Operating a Motor Vehicle while Under the Influence of

Alcohol, and (2) Operating a Motor Vehicle with a BAC of 0.08 Grams and Higher. ECF No. 1.

2.  On October 21, 2020, Ms. Dulay entered into a Petty Offense Plea Agreement with the government in which she agreed to plead guilty to Count One of the Complaint, Operating a Motor Vehicle while Under the Influence of Alcohol. ECF No. 6 at 1. The government agreed to dismiss Count Two, Operating a Motor Vehicle with a BAC of 0.08 Grams and Higher. *Id.*

3.  The parties jointly agreed to recommend Ms. Dulay be sentenced to unsupervised probation for one year, with the following special conditions: (i) pay a $500 fine and a mandatory $10 penalty assessment; (2) attend and complete the Lower Court Counseling's DUI course and Victim Impact Panel; (3) complete an 8 hour online alcohol awareness course; (4) not return to Lake Mead for 6 months; (5) not violate any local, state, or federal laws for 6 months. ECF No. 6 at 2.

4.  The parties further agreed that, if, after 6 months of unsupervised probation, Ms. Dulay successfully completed special conditions (i), (ii), and (iii), , and had not entered Lake Mead or violated any laws, they would move to withdraw her guilty plea to Count One and the government would move to amend Count One to Reckless Driving, allow Ms. Dulay to plead guilty to Reckless Driving, and apply the original sentence to the Reckless Driving conviction. ECF No. 6 at 3.

5.  On October 21, 2020, this Court sentenced Ms. Dulay pursuant to the plea agreement. ECF No. 10.

6.  This Court ordered the parties to file a Proposed Stipulation by April 21, 2021, indicating that Ms. Dulay has completed all outstanding sentencing obligations. *Id.*

7. On April 21, 2021, the parties filed a Joint Status Report informing, ECF No. 14, the Court that Ms. Dulay had successfully completed conditions (i), (ii), and (iii). Ms. Dulay had not entered Lake Mead. Ms. Dulay had, however, been convicted of violating a state law. Specifically, on March 29, 2021, Ms. Dulay appeared in Las Vegas Justice Court and pled guilty to Petit Larceny. Because Ms. Dulay was convicted of violating a state law, pursuant to the plea agreement, her conviction for Operating a Motor Vehicle while Under the Influence of Alcohol remained in effect. *See* ECF No. 6 at 3.

8. Ms. Dulay has continued to stay away from Lake Mead and has obtained no new law violations.

9. Based on her completion of 12 months' unsupervised probation, the parties jointly request the case be closed.

DATED: October 20, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By */s/ Joanne L. Diamond*<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | By */s/ Rachel Kent*<br>RACHEL KENT<br>Special Assistant United States Attorney |

**Order**
IT IS SO ORDERED

DATED: 8:46 am, October 21, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**